IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRELL T. SHARP,

         Petitioner,                    No. CIV S-07-2756 MCE KJM P

    vs.

D.K. SISTO, Warden,

         Respondent.               ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has paid the filing fee.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondents are directed to file a response to petitioner's application within sixty days from the date of this order.  <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application.   Because this petition challenges a denial of parole,

1

the relevant documents should include the transcript of the June 8, 2006 parole hearing[1] and any documents, reports or letters considered by the panel; See Rule 5, Fed. R. Governing § 2254 Cases;

    2. Petitioner's reply, if any, shall be filed and served within thirty days of service of an answer;

    3. If the response to petitioner's application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within thirty days of service of the motion, and respondents' reply, if any, shall be filed within fifteen days thereafter; and

    4. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Jennifer Neill, Senior Assistant Attorney General.

DATED:  April 14, 2008.

_____
U.S. MAGISTRATE JUDGE

shar2756.100

---

[1] If respondent agrees that the transcript attached as an exhibit to the petition is complete and correct, he need not provide a second copy to the court, but may simply note his acceptance of this transcript in his answer.