IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL T. SHARP,<br><br>    Petitioner,<br><br>  vs.<br><br>D.K. SISTO, Warden,<br><br>    Respondent.<br>_____/ | No. 2:07-cv-02756-MCE-KJM P<br><br><br><br>ORDER |

     On April 28, 2008, respondents filed a request for reconsideration of the magistrate judge's order filed April 14, 2008, directing respondents to provide the transcript of the parole hearing held on June 8, 2006 and any documents, reports and letters considered by the parole board. Pursuant to Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

     Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed April 14, 2008 (docket no. 3), is affirmed.

Dated: June 2, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1