IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DARRELL T. SHARP,** | 2:07-cv-02756-MCE-KJM (HC) |
| Petitioner, | **ORDER** |
| v. | |
| **D. K. SISTO, Warden,** | |
| Respondent. | |

Respondent's request for a stay of this case pending issuance of the mandate in *Hayward v. Marshall*, 512 F.3d 536 (9th Cir. 2008), *reh'g en banc granted*, __ F.3d __, No. 06-55392, 2008WL 2131400 (9th Cir. May 16, 2008) is granted (docket no. 8). Respondent is directed to file a motion to lift the stay and the answer to the petition within thirty days of the issuance of the mandate.

IT IS SO ORDERED.

Dated: July 9, 2008.

_____
U.S. MAGISTRATE JUDGE

07cv2756.o.0709.wpd
SA2008302051

Order

1