IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRELL T. SHARP,

        Petitioner,               No. 2:07-cv-2756 MCE KJN P

    vs.

D. K. SISTO, et al.,

        Respondents.        ORDER TO SHOW CAUSE

_____/

On July 7, 2008, this action was stayed pending the Ninth Circuit's decision in Hayward v. Marshall, 512 F.3d 536 (9th Cir. 2008), reh'g en banc granted, ___ F.3d ___ (9th Cir. 2008).  Respondents were ordered to file a motion to lift the stay and to answer the petition within thirty days of issuance of the mandate in Hayward.

More than thirty days has passed since issuance of the mandate in Hayward. Accordingly, IT IS HEREBY ORDERED that:

1.  This action is reopened;

////

////

////

////

1

2.  Within twenty-one days of the date of this order, respondents shall show cause why sanctions should not be imposed for the failure to file a timely answer to the petition; within that time, respondents shall answer the petition.

DATED:  July 8, 2010

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

sharp2756.ord