IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRELL T. SHARP,

        Petitioner,                     No. 2: 07-cv-2756 MCE KJN P

    vs.

D. K. SISTO, et al.,

        Respondents.            <u>ORDER</u>

_____/

        On July 9, 2010, the undersigned reopened this action and ordered respondent to show cause for his failure to file a timely answer. On July 9, 2010, respondent filed an answer, a motion to lift the stay and a response to the order to show cause.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The order to show cause is discharged;

        2. The motion to lift the stay (Dkt. No. 15) is denied as unnecessary as this action has been reopened;

////

////

////

1

3. Petitioner may file a reply to the answer within twenty-eight days of the date of this order.

DATED: August 23, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

sh2756.ord